IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER RENZI and JEFFREY RENZI, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DELAWARE SUPERMARKETS, INC., d/b/a SHOPRITES OF DELAWARE, d/b/a SHOPRITE OF BRANDYWINE COMMONS, SHOPRITE SUPERMARKETS, INC., d/b/a SHOPRITE OF BRANDYWINE COMMONS, SHOPRITE OF BRANDYWINE COMMONS and WAKEFERN FOOD CORPORATION<br><br>Defendants. | C. A. No. 04-707 GMS |

## NOTICE OF RECORDS DEPOSITIONS

TO: ROBERT E. MCCANN, ESQUIRE    JEFFREY FRIEDMAN, ESQUIRE

PLEASE TAKE NOTICE that the undersigned will take the depositions of the below listed individuals at the offices of Tybout, Redfearn & Pell, 11th Floor, 300 Delaware Avenue, Wilmington, Delaware on May 19, 2005 at 10:00 a.m.:

\* Records Keeper for:
  Chester Crozer Medical Center
  Medical Records Department
  Upland Avenue
  Chester, PA

\*\* Records Keeper for:
  Dr. Doris Tirado
  Riddle Health Care
  1098 S. Baltimore Pike, # 3106
  Media, PA 19063

\*\*\* Records Keeper for:
    Springfield Diagnostic Imaging
    891 Baltimore Pike
    Springfield, PA 19064

\*\*\*\* Records Keeper for:
    Protective Technology Inc.
    Attn: Personnel Records
    2 International Plaza
    Philadelphia, PA 19103

TYBOUT, REDFEARN & PELL

*B. Wilson Redfearn*
/s/: _____
    B. WILSON REDFEARN
    I.D. No. 173
    300 Delaware Avenue, 11th Floor
    P.O. Box 2092
    Wilmington, DE 19899
    Attorney for Defendants
    (302) 658-6901
    E-mail: bwredfearn@trplaw.com

\* DUCES TECUM: Medical records, reports and any other writings regarding Jennifer Renzi (formerly known as Jennifer Losak, date of birth: 6/2/72), from treatment rendered between 1990 through 1993. NOTE: Your appearance is waived if the records are received in this office by the date of the deposition.

\*\* DUCES TECUM: Any and all medical records, reports and any other writings regarding Jennifer Renzi (formerly known as Jennifer Losak), date of birth: 6/2/72. NOTE: Your appearance is waived if the records are received in this office by the date of the deposition.

\*\*\* DUCES TECUM: Any and all radiology films, including x-rays, MRI/MRA and CT scans of the lumbar and/or cervical spine regarding Jennifer Renzi (formerly known as Jennifer Losak), date of birth: 6/2/72. NOTE: Your appearance is waived if the records are received in this office by the date of the deposition.

\*\*\*\* DUCES TECUM: Personnel medical records, reports and any other writings regarding Jennifer Renzi (formerly known as Jennifer Losak), date of birth: 6/2/72, SS# 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. NOTE: Your appearance is waived if the records are received in this office by the date of the deposition.

## CERTIFICATE OF SERVICE

I, B. Wilson Redfearn, hereby certify that I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing (s) to the following:

Jeffrey Friedman, Esquire
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

I have mailed by United States Postal Service the document to the following non-registered participant:

Robert E. McCann, Esquire
Two Penn Center
Suite 515
Philadelphia, PA 19102-1888

TYBOUT, REDFEARN & PELL

B. Wilson Redfearn
/s/: _____
B. WILSON REDFEARN
I.D. No. 173
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail: bwredfearn@trplaw.com