IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER RENZI and JEFFREY RENZI, husband and wife, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | C.A. No. 04-707 |
| | : | |
| DELAWARE SUPERMARKETS, INC. d/b/a SHOPRITES OF DELAWARE, d/b/a SHOPRITE OF BRANDYWINE COMMONS, SHOPRITE SUPERMARKETS, INC., d/b/a SHOPRITE OF BRANDYWINE COMMONS, SHOPRITE OF BRANDYWINE COMMONS and WAKEFERN FOOD CORPORATION | : | |
| | : | |
| Defendants | : | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge handle all discovery proceedings in the case, but not including dispositive motions, trial and order the entry of a final judgment.

| | |
|---|---|
| /s/ Jeffrey Friedman | /s/ B. Wilson Redfearn |
| JEFFREY FRIEDMAN, ESQUIRE | B. WILSON REDFEARN, ESQUIRE |
| Attorney for Plaintiffs | Attorney for Defendant, Delaware |
| 1010 North Bancroft Parkway | Supermarkets, Inc. |
| Suite 22 | 300 Delaware Avenue, Suite 1100 |
| Wilmington, DE 19805 | Wilmington, DE 19899 |