IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER RENZI and JEFFREY RENZI, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-707-GMS |
| DELAWARE SUPERMARKETS, INC., d/b/a SHOP RITES OF DELAWARE, | : |
| Defendant. | : |

## ORDER

At Wilmington this **6th** day of **June, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, June 16, 2005 at 8:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences is canceled. Counsel are to contact the Magistrate Judge if the matter does not settle at the August 4, 2005 mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE