IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER RENZI and JEFFREY RENZI ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V ) | C.A. NO: 04-707 |
| ) | |
| DELAWARE SUPERMARKETS, INC., d/b/a ) | JURY DEMANDED |
| ) | |
| SHOP RITES OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wayne A. Schaible, Esquire to represent Plaintiffs, Jennifer Renzi and Jeffrey Renzi, husband and wife, in this matter.

Signed: /s/: Jeffrey S. Friedman

Jeffrey S. Friedman, Esquire
Identification No . 3193
Silverman & McDonald
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Jennifer and Jeffrey Renzi

Date: June 28, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____         _____
                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or , if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: /s/: Wayne A. Schaible

Date: June 28, 2005

Wayne A. Schaible, Esquire
McCann, Schaible, & Wall, LLC
Identification No. 30152
1500 JFK Blvd
Philadelphia, PA 19102
(215) 569-8488