# SILVERMAN MCDONALD & FRIEDMAN
*Attorneys at Law*

MICHAEL I. SILVERMAN*
ROBERT C. MCDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS**
LYNN A. IANNONE ●

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

TELEPHONE:
(302) 888-2900
TELECOPIER:
(302) 888-2923

*Also Admitted in PA
**Also Admitted in NJ
†Also Admitted in PA and NJ
● Also Admitted in MD

July 6, 2005

The Honorable Judge Gregory M. Sleet
District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

**RE:  Renzi vs. Delaware Supermarkets, Inc., d/b/a Shop Rites of Delaware
C. A. No.: 04-707**

Dear Judge Sleet:

Trial is set to occur in the above matter on November 3 and November 4, 2005. As you are aware, I am local counsel. I am scheduled to be out of town during this trial. This letter will confirm that the Court has excused me from attending the trial.

Should you have any further questions or concerns, please feel free to contact our office.

Very Truly Yours,

Jeffrey S. Friedman

JSF/bra
CC: All Counsel