LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
RICHARD W. PELL
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

300 DELAWARE AVENUE
11TH FLOOR
P.O. BOX 2092
WILMINGTON, DELAWARE  19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

Of Counsel:
F. ALTON TYBOUT

Writer's Direct Dial:
(302) 657-5505
bwredfearn@trplaw.com

August 4, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Building
844 King Street
Wilmington, DE 19801

    Re:    Jennifer and Jeffrey Renzi v. Delaware Supermarkets, et al
            04-707-GMS

Dear Judge Sleet:

       Please be advised that this matter, which was scheduled for trial on November 3, 2005, has been settled.  As soon as the Stipulation of Dismissal has been signed, we will file it with the court.

                                      Very truly yours,

                                      B. WILSON REDFEARN

BWR:ma

cc:    Clerk of the Court
        Jeffrey Friedman, Esquire
        Robert McCann, Esquire

