IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER RENZI and JEFFREY RENZI, husband and wife, : <br><br> Plaintiffs : <br><br> vs. : <br><br> DELAWARE SUPERMARKETS, INC. : d/b/a SHOPRITES OF DELAWARE, : d/b/a SHOPRITE OF BRANDYWINE : COMMONS, SHOPRITE SUPERMARKETS, INC., d/b/a : SHOPRITE OF BRANDYWINE COMMONS, SHOPRITE OF : BRANDYWINE COMMONS and : WAKEFERN FOOD CORPORATION : <br><br> Defendants : | C.A. No. 04-707-GMS |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the above captioned matter is dismissed, with prejudice, with costs to be paid by the plaintiffs.

| | |
|---|---|
| _____ <br> JEFFREY FRIEDMAN, ESQUIRE <br> Attorney for Plaintiffs <br> 1010 North Bancroft Parkway <br> Suite 22 <br> Wilmington, DE 19805 | _____ <br> B. WILSON REDFEARN, ESQUIRE <br> Attorney for Defendants <br> 300 Delaware Avenue <br> P.O. Box 2092 <br> Wilmington, DE 19899 |